UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WILLIAM MANN, SR., Successor-in—Interest to Decedent JOSEPH MANN; ROBERT MANN, individually; DEBORAH MANN, individually; VERNADINE MURPHY MANN, individually; and WILLIAM MANN, JR., individually;<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF SACRAMENTO, a municipal corporation; JOHN TENNIS, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; RANDY LOZOYA, in his individual and official capacity as Police Officer for the CITY OF SACRAMENTO; and DOES 1-50, inclusive, individually and in their official capacity as Police Officers for the City of Sacramento;<br><br>      Defendants, | NO. 2:16-CV-01847 WBS DB |

1

|  |  |
|---|---|
| ROBERT MANN SR., VERN MURPHY-MAN, DEBORAH MANN, ZACHARY MANN, and WILLIAM MANN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, SAMUEL D. SOMERS JR., JOHN C. TENNIS, AND RANDY R. LOZOYA,<br><br>Defendants. | NO. 2:17-CV-01201 KJM CKD |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because both cases arise from the alleged shooting of decedent Joseph Mann by defendants John Tennis and Randy Lozoya, police officers of defendant City of Sacramento.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Mann v. City of Sacramento, No. 2:16-CV-1847 WBS DB, and Mann v.

1  City of Sacramento, No. 2:17-CV-1201 KJM CKD, be, and the same
2  hereby are, deemed related.  The case denominated Mann v. City of
3  Sacramento, No. 2:17-CV-1201 KJM CKD, shall be reassigned to the
4  Honorable WILLIAM B. SHUBB.  Any dates currently set in the
5  reassigned case only are hereby VACATED.  Henceforth, the
6  captions on documents filed in the reassigned case shall be shown
7  as Mann v. City of Sacramento, No. 2:17-CV-1201 WBS DB.
8           IT IS FURTHER ORDERED that the Clerk of the Court make
9  an appropriate adjustment in the assignment of cases to
10 compensate for this reassignment.
11 Dated:  July 17, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE