Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:      mark@markmerin.com
             paul@markmerin.com

   Attorneys for Plaintiffs
   ROBERT MANN SR., VERN MURPHY-
   MANN, DEBORAH MANN, ZACHARY
   MANN, and WILLIAM MANN

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
SEAN D. RICHMOND (SBN 210138)
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

   Attorneys for Defendants
   CITY OF SACRAMENTO, SACRAMENTO
   POLICE DEPARTMENT, and SAMUEL D.
   SOMERS, JR.

BRUCE A. KILDAY (S.B. 066415)
   Email: bkilday@akk-law.com
JOHN A. WHITESIDES (S.B. 125611)
   Email: jwhitesides@akk-law.com
ANGELO, KILDAY & KILDUFF, LLP
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

   Attorneys for Defendants
   JOHN C. TENNIS and RANDY R. LOZOYA

1

**STIPULATION FOR FURTHER STATUS CONFERENCE; [PROPOSED] ORDER**
*Mann v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:17-cv-01201-WBS-DB

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT MANN SR., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SACRAMENTO, et al., <br><br> Defendants. | Case No. 2:17-cv-01201-WBS-DB <br><br> **STIPULATION FOR FURTHER STATUS CONFERENCE; [PROPOSED] ORDER** <br><br> Date: November 19, 2018 <br> Time: 1:30 p.m. <br> Location: Robert T. Matsui U.S. Courthouse <br> 501 I Street <br> Sacramento, California 95814 <br> Courtroom: 5 (14th Floor) <br> Judge: Hon. William B. Shubb |

**STIPULATION FOR FURTHER STATUS CONFERENCE**

Pursuant to the Court's Order (ECF No. 50) and the Mandate issued on October 1, 2018 (ECF No. 52), the parties, Plaintiffs Robert Mann Sr., Vern Murphy-Mann, Deborah Mann, Zachary Mann, and William Mann (collectively, "Plaintiffs"), Defendants City of Sacramento, Sacramento Police Department, and Samuel D. Somers, Jr. (collectively, "City Defendants"), and Defendants John C. Tennis and Randy R. Lozoya (collectively, "Officer Defendants"), jointly stipulate to the setting of a further status conference in this matter.

The parties agree to the setting of a further status conference to occur before this Court on Monday, November 19, 2018.

IT IS SO STIPULATED.

Dated: October 17, 2018

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

/s/ Mark E. Merin

By: _____
Mark E. Merin

Attorney for Plaintiffs
ROBERT MANN SR., VERN MURPHY-MANN, DEBORAH MANN, ZACHARY MANN, and WILLIAM MANN

2

**STIPULATION FOR FURTHER STATUS CONFERENCE; [PROPOSED] ORDER**
*Mann v. City of Sacramento*, United States District Court, Eastern District of California, Case No. 2:17-cv-01201-WBS-DB

| | | |
|---|---|---|
| Dated: October 17, 2018 | | Respectfully Submitted,<br>CITY OF SACRAMENTO |

/s/ Sean D. Richmond
(as authorized on October 17, 2018)
By: _____
Sean D. Richmond

Attorney for Defendants
CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, and SAMUEL D. SOMERS, JR.

Dated: October 17, 2018                     Respectfully Submitted,
                                             ANGELO, KILDAY & KILDUFF, LLP

/s/ John A. Whitesides
(as authorized on October 17, 2018)
By: _____
John A. Whitesides

Attorney for Defendants
JOHN C. TENNIS and RANDY R. LOZOYA

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, a further Status Conference is set in this matter before this Court on Monday, November 19, 2018, at 1:30 p.m., at the Robert T. Matsui U.S. Courthouse located at 501 I Street, Sacramento, California 95814, in Courtroom 5 (14th floor). A Joint Status Report shall be filed no later than November 5, 2018.

IT IS SO ORDERED.

Dated: October 18, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE