UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROBERT MANN, SR.; VERN MURPHY-MANN; DEBORAH MANN; ZACHARY MANN; and WILLIAM MANN,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; SAMUEL D. SOMERS, JR.; JOHN C. TENNIS; and RANDY R. LOZOYA,<br><br>    Defendants. | No. 2:17-cv-1201 WBS DB<br><br>ORDER |

----oo0oo----

Before the court is plaintiffs' Bill of Costs, which seeks plaintiffs' appellate filing fee, fees for the trial transcript necessarily used on appeal, and "Costs as shown on the Mandate of Court of Appeals."  (Docket No. 81).

On appeal, the Ninth Circuit panel awarded costs to plaintiff in the amount of $81.90.[1]  Federal Rule of Appellate

---

[1]   The court's examination of the Ninth Circuit docket

1

Procedure 39(e) provides that costs for the reporter's transcript and the fee for filling the appeal may be taxed in the district court.  After reviewing the bill, and in light of the fact that defendants have not objected, the court finds the requested appeal costs are reasonable.  Accordingly, costs of $526.60 are taxed against defendants.[2]

IT IS SO ORDERED.

Dated: June 30, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

indicates that on appeal, plaintiffs were awarded $81.90 in costs for preparing excerpts of records and briefs.

[2]   Because the Ninth Circuit already taxed costs in the amount of $81.90 against defendants, this court need not tax those costs once again.

2