UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROBERT MANN, SR., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>　　　　Defendant. | No. 2:17-cv-01201 WBS DB<br><br><br><br>ORDER |

----oo0oo----

　　　　Prior to the status conference scheduled for August 17, 2020, defendants filed a joint petition for certiorari seeking review of the various constitutional issues raised by the Ninth Circuit in its latest remand of this case.  At the status conference, all parties requested stay of the proceedings until the Supreme Court rules on defendants' petition.  Pursuant to that request, all proceedings in this case are hereby STAYED pending the ruling of the Supreme Court on defendants' petition for a writ of certiorari.  Counsel shall inform the court when the Supreme Court has ruled on the petition and shall take the

1

necessary steps to put the matter back on this court's calendar.

IT IS SO ORDERED.

Dated:  August 18, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE