1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                         ----oo0oo----

11

12   ROBERT MANN, SR.; VERN MURPHY-        No. 2:17-cv-1201 WBS DB
     MANN; DEBORAH MANN; ZACHARY
13   MANN; and WILLIAM MANN,

14             Plaintiffs,               ORDER

15        v.

16   CITY OF SACRAMENTO; SACRAMENTO
     POLICE DEPARTMENT; SAMUEL D.
17   SOMERS, JR.; JOHN C. TENNIS; and
     RANDY R. LOZOYA,
18
               Defendants.
19

20                         ----oo0oo----

21
             Pursuant to the discussion with the parties at the
22
     status conference held on November 23, 2020, in light of the
23
     Ninth Circuit's mandate issued June 18, 2020, defendants John C.
24
     Tennis and Randy R. Lozoya shall file an amended motion to
25
     dismiss by January 15, 2021.  Plaintiffs' opposition shall be
26
     filed by January 29, 2021.  Any reply shall be filed by February
27
     5, 2021.  The court will hear the motion on February 22, 2021 at
28
                                  1

1   2:00 pm.

2          IT IS SO ORDERED.

3   Dated:   November 23, 2020

    WILLIAM B. SHUBB
4   UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28